# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM ELIZ CARRILLO HERNANDEZ, an individual and EDGAR DANIEL JAIMES, an individual<br><br>Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01534-SVW-KK<br><br>District Judge: Stephen V. Wilson<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: May 28, 2024                          By: _____
                                                U.S. DISTRICT COURT JUDGE